AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sammartino, Janis L. | Southern District of California | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

221 W. Broadway, Suite 4135
San Diego, CA 92101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair, Judicial Advisory Board | Association of Business Trial Lawyers of San Diego |
| 2. | President | Louis M. Welsh Inn of Court Chapter, American Inns of Court |
| 3. | Trustee | Trust I |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | City of San Diego Pension | $23,937.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | California State Judges Retirement |
| 2. 2012 | PDR Corp. - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | International Association of Defense Counsel | 2/12-2/14, 2012 | Ranco Mirage, CA | Seminar speaker | mileage, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sammartino, Janis L. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | PARENT PLUS LOANS | UNSECURED LOANS FOR COLLEGE TUITION | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MITEK | A | Dividend | J | T | | | | | |
| 2. FISERV | A | Dividend | K | T | | | | | |
| 3. TEVA | A | Dividend | J | T | | | | | |
| 4. PRUDENTIAL | A | Dividend | J | T | | | | | |
| 5. AMERICAN GEN LIFE INS CO POLICY--CASH VALUE | | None | K | T | | | | | |
| 6. RENTAL PROPERTY #1, SAN DIEGO, CA (TRUST I) | | None | O | W | | | | | |
| 7. RENTAL PROPERTY #2, DEL MAR, CA (Purch Price: $775,00) (X) | E | Rent | O | R | Buy | 01/10/12 | O | | Phillip Tarr |
| 8. MORGAN STANLEY SELECT UMA IRA | C | Int./Div. | O | T | | | | | |
| 9. TRUST #2 (MS ACTIVE ASSETS ACCT) | E | Int./Div. | O | T | | | | | |
| 10. -FTR stock (pref) | | | | | | | | | |
| 11. -ZQK stock (pref) | | | | | | | | | |
| 12. -Municipal Bonds: | | | | | | | | | |
| 13. --CA St Various Purp | | | | | | | | | |
| 14. --Santee CA Pub Fing Auth Lease Rev | | | | | | | | | |
| 15. --Orange CA Redev Agy Tax Alloc Ref | | | | | | | | | |
| 16. --CA St Pub Wks Brd Leas E Rev | | | | | | | | | |
| 17. --Turlock CA Uni Sch Dist | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --CA St. Genl Oblig Ser-2L | | | | | | | | | |
| 19. --Banning CA Util Auth Wastew | | | | | | | | | |
| 20. --CA St Var Purp Gen Oblig | | | | | | | | | |
| 21. --Galt Schs Jt Pwrs Auth | | | | | | | | | |
| 22. --Liberty Calif Un High Sch Dist Ref | | | | | | | | | |
| 23. --CA St Genl Oblig Ref | | | | | Buy | 12/6/12 | K | | |
| 24. --CA St Genl Oblig Ser-1 | | | | | | | | | |
| 25. --CA St Genl Oblig Ref | | | | | Buy | 12/6/12 | K | | |
| 26. -MS Bank Acct | | | | | | | | | |
| 27. TRUST #3 (SPECTRUM ASSET MGMT ) | E | Int./Div. | O | T | | | | | |
| 28. -MS Bank account | | | | | | | | | |
| 29. -Preferred stocks: | | | | | | | | | |
| 30. --Aegon | | | | | Buy (add'l) | 07/19/12 | J | | |
| 31. --Alexandria Real Estate | | | | | Buy | 07/19/12 | J | | |
| 32. --Arch Cap Grp | | | | | Buy (add'l) | 3/27/12 | J | | |
| 33. | | | | | Sold (part) | 5/2/12 | J | | |
| 34. | | | | | Buy (add'l) | 7/19/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Aspen Insurance Hldg Ltd 7.25% | | | | | Buy | 04/11/12 | J | | |
| 36. --Axis Capital Hldgs Ltd 6.875% | | | | | Buy | 03/13/12 | J | | |
| 37. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 38. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 39. --Bank New York Mellon | | | | | Buy | 09/13/12 | J | | |
| 40. | | | | | Buy (add'l) | 09/18/12 | J | | |
| 41. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 42. --Bank of America | | | | | Sold (part) | 07/18/12 | L | D | |
| 43. | | | | | Buy (add'l) | 07/09/12 | J | | |
| 44. --Barclay's Bank | | | | | Buy (add'l) | 07/19/12 | J | | |
| 45. --BB&T Corporation 5.625 Ser-E | | | | | Buy | 07/25/12 | J | | |
| 46. | | | | | Buy (add'l) | 07/27/12 | J | | |
| 47. | | | | | Buy (add'l) | 08/20/12 | J | | |
| 48. | | | | | Buy (add'l) | 09/11/12 | J | | |
| 49. --BB&T Corporation 5.85% | | | | | Buy | 4/27/12 | J | | |
| 50. --Capital One Financial 6%-B | | | | | Buy | 08/15/12 | J | | |
| 51. | | | | | Buy (add'l) | 09/05/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/2/12 | J | | |
| 53. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 54. --Charles Schwab Corp 6% Ser-B | | | | | Buy | 05/31/12 | J | | |
| 55. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 56. --Commonwealth REIT | | | | | Sold (part) | 08/24/12 | J | A | |
| 57. --Credit Suisse | | | | | Buy (add'l) | 02/16/12 | J | | |
| 58. | | | | | Buy (add'l) | 02/28/12 | J | | |
| 59. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 60. --Deutsche Bank | | | | | Buy (add'l) | 02/29/12 | J | | |
| 61. | | | | | Buy (add'l) | 03/15/12 | J | | |
| 62. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 63. --Digital Realty | | | | | | | | | |
| 64. --Duke Realty Corp | | | | | | | | | |
| 65. --First Niagara Fin Grp | | | | | | | | | |
| 66. --Goldman Sachs Group | | | | | | | | | |
| 67. --Health Care REIT 6.500% SER J | | | | | Buy | 3/1/12 | J | | |
| 68. --Hospitality Pptys TR PFD-D | | | | | Buy | 1/13/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 70. --HSBC Holdings | | | | | Buy (add'l) | 07/19/12 | J | | |
| 71. --Ing Group NV 06.375 | | | | | Buy (add'l) | 1/11/12 | J | | |
| 72. | | | | | Buy (add'l) | 3/26/12 | J | | |
| 73. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 74. --Ing Group NV 6.125 | | | | | | | | | |
| 75. --Ing Group NV 7.2 | | | | | Buy (add'l) | 07/19/12 | J | | |
| 76. --Ing Group NV 7.375 | | | | | | | | | |
| 77. --Ing Group NV 7.05 | | | | | Buy (add'l) | 7/19/12 | J | | |
| 78. --JPMorgan Chase & Co 5.5%-O | | | | | Buy | 9/05/12 | J | | |
| 79. | | | | | Buy (add'l) | 9/11/12 | J | | |
| 80. | | | | | Buy (add'l) | 9/28/12 | J | | |
| 81. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 82. --Kimco Realty | | | | | Buy (add'l) | 3/9/12 | J | | |
| 83. | | | | | Buy (add'l) | 3/15/12 | J | | |
| 84. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 85. --Metlife Inc. | | | | | Sold | 7/30/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --National Retail Prop 6.625% | | | | | Buy | 2/15/12 | J | | |
| 87. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 88. --Partnerre Ltd. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 89. --PNC Finl-P 6.125% FLTS | | | | | Buy | 4/20/12 | J | | |
| 90. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 91. | | | | | Buy (add'l) | 5/29/12 | J | | |
| 92. | | | | | Buy (add'l) | 6/25/12 | J | | |
| 93. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 94. --Prudential PLC | | | | | Sold | 8/17/12 | J | A | |
| 95. --PS Business Park | | | | | Buy (add'l) | 1/10/12 | J | | |
| 96. | | | | | Buy (add'l) | 5/3/12 | J | | |
| 97. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 98. | | | | | Buy (add'l) | 9/6/12 | J | | |
| 99. --Public Storage | | | | | Buy (add'l) | 1/5/12 | J | | |
| 100. | | | | | Buy (add'l) | 03/06/12 | J | | |
| 101. | | | | | Sold (part) | 03/12/12 | J | A | |
| 102. | | | | | Buy (add'l) | 6/7/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 104. --Realty Income Corp | | | | | Buy (add'l) | 1/31/12 | J | | |
| 105. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 106. --Regency Centers | | | | | Buy (add'l) | 2/08/12 | J | | |
| 107. | | | | | Buy (add'l) | 08/16/12 | J | | |
| 108. --Renaissancere | | | | | Buy (add'l) | 7/19/12 | J | | |
| 109. | | | | | Sold (part) | 12/26/12 | J | A | |
| 110. --Royal Bk Scot | | | | | Buy (add'l) | 3/26/12 | J | | |
| 111. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 112. --Santander Fin | | | | | Sold (part) | 3/21/12 | J | | |
| 113. | | | | | Sold (part) | 05/10/12 | J | | |
| 114. | | | | | Sold (part) | 07/03/12 | J | | |
| 115. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 116. --State Street Corp 5.25% | | | | | Buy | 8/15/12 | J | | |
| 117. --TCF Financial Corp 7.5%A | | | | | Buy | 7/03/12 | J | | |
| 118. | | | | | Buy (add'l) | 7/24/12 | J | | |
| 119. --UBS stock | | | | | Buy (add'l) | 7/19/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --US Banccorp | | | | | Buy | 4/19/12 | J | | |
| 121. | | | | | Buy (add'l) | 7/6/12 | J | | |
| 122. --Vornado Realty | | | | | Buy (add'l) | 07/13/12 | J | | |
| 123. --Wachovia | | | | | Buy (add'l) | 3/15/12 | J | | |
| 124. | | | | | Buy (add'l) | 3/19/12 | J | | |
| 125. --Weingarten Realty | | | | | Buy (add'l) | 7/19/12 | J | | |
| 126. --Wells Fargo | | | | | | | | | |
| 127. -Fixed Rate Capital Securities: | | | | | | | | | |
| 128. --Weingarten Realty Invest | | | | | | | | | |
| 129. --Commonwealth REIT | | | | | | | | | |
| 130. --Countrywide Capital IV | | | | | Buy (add'l) | 7/19/12 | J | | |
| 131. --Wells Fargo Capital VII | | | | | Sold | 3/29/12 | J | A | |
| 132. --JP Chase Capital XI | | | | | Buy (add'l) | 7/19/12 | J | | |
| 133. --PNC Capital Trust | | | | | Sold | 03/06/12 | J | A | |
| 134. --Everest Resource Capital Trust II | | | | | Buy (add'l) | 7/19/12 | J | | |
| 135. --Countrywide Capital V 7.00% | | | | | Buy | 9/14/12 | J | | |
| 136. --Wells Fargo Capital | | | | | Sold (part) | 5/3/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 6/15/12 | J | A | |
| 138. --JP Morgan Chase Cap XIV | | | | | Sold | 04/20/12 | J | A | |
| 139. --BAC Capital Trust Ser V | | | | | Sold | 10/12/12 | J | A | |
| 140. --Prudential Financial Inc. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 141. --Entergy Texas Inc. | | | | | | | | | |
| 142. --Ameriprise Financial Inc. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 143. --Vornado Rlty LP | | | | | Buy (add'l) | 7/19/12 | J | | |
| 144. --JP Chase Cap XXVIII | | | | | Sold | 03/27/12 | J | | |
| 145. --Entergy Louisiana LLC | | | | | | | | | |
| 146. --JPMorgan Chase Capital XXIX | | | | | Sold (part) | 07/18/12 | L | D | |
| 147. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 148. --Entergy Arkansas Inc. | | | | | | | | | |
| 149. --Entergy Louisiana LLC | | | | | | | | | |
| 150. --Aegon NV 8% | | | | | Buy | 1/26/12 | J | | |
| 151. | | | | | Buy (add'l) | 3/28/12 | J | | |
| 152. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 153. --Raymond James Financial | | | | | Buy | 3/1/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 154. --Hartford finl Svc Grp 7.875% | | | | | Buy | 4/11/12 | J | | |
| 155. --Protective Life Corp 6.25% | | | | | Buy | 5/16/12 | J | | |
| 156. --American Financial Group | | | | | Buy | 6/11/12 | J | | |
| 157. --Commonwealth REIT 5.75% | | | | | Buy | 7/23/12 | J | | |
| 158. --Senior Hsg Prop Trust 5.625% | | | | | Buy | 7/18/12 | J | | |
| 159. --Affiliated Managers Group Inc | | | | | Buy | 8/22/12 | J | | |
| 160. --American Financial Group Inc 5.75% | | | | | Buy | 8/22/12 | J | | |
| 161. --Nexen Inc | | | | | Buy | 03/23/12 | J | | |
| 162. --FPL Group Capital Trust i | | | | | Sold | 02/27/12 | J | A | |
| 163. --Natl Rural Util | | | | | Sold | 5/15/12 | J | A | |
| 164. --Berkley WR Corp | | | | | Buy (add'l) | 07/19/12 | J | | |
| 165. --General Elec Cap Corp | | | | | Sold | 2/7/12 | J | A | |
| 166. --Markel Corp | | | | | Sold | 8/1/12 | J | | |
| 167. --General Elec Cap Corp 6.05% | | | | | Sold | 10/09/12 | J | A | |
| 168. --Gen Elec Cap Corp 6.00% | | | | | Sold | 10/25/12 | J | A | |
| 169. --PPL Capital FDG | | | | | Sold | 08/14/12 | J | | |
| 170. --US Bancorp PFD | | | | | Sold | 02/27/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  --LLoyds Bankling | | | | | Buy (add'l) | 03/26/12 | J | | |
| 172. | | | | | Buy (add'l) | 6/27/12 | J | | |
| 173. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 174.  --Entergy Mississppi Inc 6% | | | | | | | | | |
| 175.  --Qwest Corp | | | | | Buy (add'l) | 03/22/12 | J | | |
| 176. | | | | | Buy (add'l) | 6/15/12 | J | | |
| 177. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 178.  --BAC Capital Trust X | | | | | Sold | 7/25/12 | J | A | |
| 179.  --BAC Capital Trust 6.875% | | | | | Sold | 10/09/12 | J | A | |
| 180.  --Comcast Corp | | | | | Sold (part) | 2/27/12 | J | A | |
| 181. | | | | | Sold | 3/23/12 | J | | |
| 182.  --Viacom Iinc | | | | | Sold | 01/09/12 | J | A | |
| 183.  --CBS Corp | | | | | Sold | 03/13/12 | J | B | |
| 184.  --Comcast Corp 6.625% | | | | | Sold | 7/23/12 | J | A | |
| 185.  --Stanley Black & Decker 5.75% | | | | | Buy | 07/25/12 | J | | |
| 186.  --Aflac Inc | | | | | Buy | 09/21/12 | J | | |
| 187.  --General Elec Cap Corp 4.875%-A | | | | | Buy | 10/3/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 10/5/12 | J | | |
| 189. | | | | | Buy (add'l) | 10/9/12 | J | | |
| 190. --Prudential Financial Inc 5.75% | | | | | Buy | 11/29/12 | J | | |
| 191. --Torchmark Corp 5.875% | | | | | Buy | 09/20/12 | J | | |
| 192. --Telephone and Data Systems | | | | | | | | | |
| 193. --Telephone and Data Systems Inc | | | | | | | | | |
| 194. --United States Cellular Corp | | | | | | | | | |
| 195. --Goldman Sachs Group Inc. ( ▨ ) | | | | | Buy (add'l) | 03/01/12 | J | | |
| 196. | | | | | Sold (part) | 06/01/12 | K | | |
| 197. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 198. --Goldman Sachs Group Inc. ▨ | | | | | Buy (add'l) | 01/04/12 | J | | |
| 199. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 200. --DTE Energy Co Ser I | | | | | | | | | |
| 201. --Comcast Corp 5% | | | | | Buy | 12/5/12 | J | | |
| 202. --Merrill Lynch Cap TR II 6.45% | | | | | Buy (add'l) | 7/19/12 | J | | |
| 203. --DTE Energy Co 5.25% | | | | | Buy | 9/26/12 | J | | |
| 204. --Dominion Resources Inc Ser A | | | | | Buy (add'l) | 07/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Scana Corp 7.70% | | | | | | | | | |
| 206. --USB Capital VIII | | | | | Sold | 02/22/12 | J | A | |
| 207. --Protective Life Corp | | | | | Sold | 07/19/12 | J | A | |
| 208. --USB Capital XI | | | | | Sold | 05/18/12 | J | A | |
| 209. --Merrill Lynch Capital Trust I | | | | | Buy (add'l) | 07/19/12 | J | | |
| 210. --USB Capital XII 6.30% | | | | | Sold | 03/27/12 | J | A | |
| 211. --Wachovia Cap Trust IX | | | | | Sold | 05/03/12 | J | A | |
| 212. --Wells Fargo Cap 6.25% | | | | | Sold | 06/15/12 | J | A | |
| 213. --Fifth Third Cap Trust 7.250 | | | | | Sold | 08/08/12 | J | A | |
| 214. --Fifth Third Capital Trust 7.25% | | | | | Sold | 08/15/12 | J | A | |
| 215. --Xcel Energy Inc. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 216. --M&T Capital Trust IV 8.5% | | | | | Sold | 01/30/12 | J | A | |
| 217. --PNC Capital Trust E | | | | | Sold | 06/13/12 | J | A | |
| 218. --Suntrust Cap IX 7.875% | | | | | Sold | 02/07/12 | J | A | |
| 219. --Nextera Energy Capital | | | | | Buy (add'l) | 11/16/12 | J | | |
| 220. -Money Market Fund | | | | | | | | | |
| 221. TRUST #4 (MS SELECT UMA BASIC SECURITIES ACCT) | D | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Morgan Stanley Bank Account | | | | | | | | | |
| 223. -Common stocks: | | | | | | | | | |
| 224. --Affiliated Mgrs Group Inc | | | | | | | | | |
| 225. --Ageas Sponsored ADR | | | | | Buy | 5/10/12 | J | | |
| 226. --Akorn Inc | | | | | Buy | 7/11/12 | J | | |
| 227. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 228. --Allergan Inc. | | | | | Sold (part) | 07/13/12 | J | A | |
| 229. | | | | | Sold | 07/19/12 | J | A | |
| 230. --Alliance Data Systems Corp | | | | | | | | | |
| 231. --Allianz SE | | | | | | | | | |
| 232. --Alstom ADR | | | | | | | | | |
| 233. --Altera CP | | | | | | | | | |
| 234. --Alumina Ltd | | | | | | | | | |
| 235. --Ametek Inc | | | | | | | | | |
| 236. --Anglogold Ashanti Ltd | | | | | | | | | |
| 237. --ANSYS Inc | | | | | | | | | |
| 238. --Apple Inc | | | | | Buy (add'l) | 02/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --Astrazeneca PLC | | | | | Sold | 09/12/12 | J | | |
| 240. --Axis Capital Holdings Ltd | | | | | | | | | |
| 241. --Banco Santander Brasil SA | | | | | Buy | 11/6/12 | J | | |
| 242. --Barrick Gold Corp | | | | | | | | | |
| 243. --Baxter Intl Inc | | | | | | | | | |
| 244. --Bed Bath & Beyond Inc | | | | | Buy | 05/08/12 | J | | |
| 245. --Cameco Corp | | | | | | | | | |
| 246. --Carrefour SA | | | | | Buy (add'l) | 04/13/12 | J | | |
| 247. --Catalyst Health Solutions | | | | | Sold | 07/03/12 | J | B | |
| 248. --Celgene Corp | | | | | | | | | |
| 249. --Centrais Elec | | | | | | | | | |
| 250. --Cerner Corp. | | | | | Buy | 07/13/12 | J | | |
| 251. --Church & Dwight Co | | | | | | | | | |
| 252. --Citrix Systems | | | | | | | | | |
| 253. --Coach Inc | | | | | | | | | |
| 254. --Cognizant Tech Solutions | | | | | | | | | |
| 255. --Concho Res Inc. | | | | | Sold (part) | 06/29/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. --DAI NIPPPN | | | | | | | | | |
| 257. --DAIICHI Sankyo Co | | | | | | | | | |
| 258. --Danaher Corp | | | | | Sold (part) | 09/18/12 | J | A | |
| 259. --Decker Outdoor Corp | | | | | | | | | |
| 260. --Denbury Resources Inc | | | | | | | | | |
| 261. --East Japan Ry Co | | | | | | | | | |
| 262. --Ecolab Inc | | | | | Buy | 12/7/12 | J | | |
| 263. --Electricite de France | | | | | | | | | |
| 264. --Embraer | | | | | Sold | 2/10/12 | J | A | |
| 265. --EMC Corp | | | | | Sold (part) | 7/11/12 | J | A | |
| 266. --Ericsson LM Tel ADR | | | | | Buy | 2/13/12 | J | | |
| 267. --Express Scripts Inc | | | | | | | | | |
| 268. --Finmeccanica Spa Roma | | | | | | | | | |
| 269. --Fujifilm Hldgs Corp | | | | | Buy (add'l) | 9/18/12 | J | | |
| 270. --Gazprom O A O Spon ADR | | | | | | | | | |
| 271. --Gilead Science | | | | | | | | | |
| 272. --Glaxosmithkline PLC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. --Gold Fields Ltd | | | | | | | | | |
| 274. --Google Inc | | | | | Sold (part) | 02/13/12 | J | A | |
| 275. --Hachijuni Bank Ltd | | | | | Sold | 12/03/12 | J | | |
| 276. --Home Retail Group ADR | | | | | | | | | |
| 277. --Idex Corp Delaware | | | | | Sold | 08/01/12 | J | A | |
| 278. --Ill Tool Works Inc. | | | | | | | | | |
| 279. --Impala Platinum Hldgs Ltd | | | | | Buy | 10/05/12 | J | | |
| 280. --ING Groep NV ADR | | | | | Buy | 6/27/12 | J | | |
| 281. --Intercontinentalexchange Inc | | | | | | | | | |
| 282. --IBM | | | | | Sold (part) | 9/18/12 | J | A | |
| 283. --Ishares MSCI Emerging Mkts | | | | | Buy | 1/18/12 | J | | |
| 284. | | | | | Sold (part) | 3/14/12 | J | A | |
| 285. | | | | | Buy (add'l) | 8/16/12 | J | | |
| 286. | | | | | Buy (add'l) | 11/2/12 | J | | |
| 287. --Ishares Russell 2000 Index Fd | | | | | Sold (part) | 03/08/12 | J | A | |
| 288. | | | | | Sold | 10/04/12 | J | A | |
| 289. --Johnson & Johnson | | | | | Buy | 7/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. --Johnson Controls Inc | | | | | Sold | 7/19/12 | J | | |
| 291. --KB Financial Grp Inc Sons ADR | | | | | Buy | 12/20/12 | J | | |
| 292. --Kinross Gold Corp | | | | | | | | | |
| 293. --Korea Electric Power Corp | | | | | | | | | |
| 294. --Kraft Foods Group Inc | | | | | Buy | 9/04/12 | J | | |
| 295. --Linkedin Corp-A | | | | | Buy | 11/19/12 | J | | |
| 296. --Manpowergroup INC COM | | | | | Buy | 9/20/12 | J | | |
| 297. --Marine Harvest Asa | | | | | | | | | |
| 298. --Mead Johnson Nutrition Company | | | | | Buy | 01/23/12 | J | | |
| 299. | | | | | Buy (add'l) | 01/27/12 | J | | |
| 300. --Mondelez Intl Inc Com | | | | | Buy | 09/04/12 | J | | |
| 301. --MS&AD Ins Group | | | | | | | | | |
| 302. --MSC Indl Direct Co | | | | | | | | | |
| 303. --Netapp Inc | | | | | Sold | 02/13/12 | J | | |
| 304. --Netlogic Microsystems Inc | | | | | Sold | 02/17/12 | J | B | |
| 305. --Newcrest Minining Ltd | | | | | | | | | |
| 306. --Nexen Inc | | | | | Sold | 07/23/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  --Nintendo Co Ltd | | | | | | | | | |
| 308.  --Nippon Telegraph&Telephone | | | | | Buy (add'l) | 09/18/12 | J | | |
| 309.  --Nokia Cp | | | | | Sold | 09/18/12 | J | | |
| 310.  --Oreilly Automotive Inc | | | | | | | | | |
| 311.  --Occidental Petroleum Corp | | | | | Sold | 06/21/12 | J | | |
| 312.  --Oracle Corp | | | | | Sold (part) | 03/19/12 | J | A | |
| 313.  --Orkla ADR A SHS | | | | | Buy | 12/27/12 | J | | |
| 314.  --Panasonic Corp | | | | | | | | | |
| 315.  --Pepsico Inc | | | | | | | | | |
| 316.  --Polyus Gold Intl Ltd | | | | | | | | | |
| 317.  --Powershares QQQ TR | | | | | Buy | 11/29/12 | J | | |
| 318. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 319.  --Praxair Inc | | | | | | | | | |
| 320.  --Precision Castparts Corp | | | | | | | | | |
| 321.  --Priceline.com Inc | | | | | | | | | |
| 322.  --Proctor & Gamble | | | | | Sold | 01/26/12 | J | A | |
| 323.  --PT Telekomunikasi Indonesia | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. --Qualcomm Inc | | | | | | | | | |
| 325. --Questor Pharm Inc | | | | | Buy | 05/17/12 | J | | |
| 326. --Riverbed Tech Inc | | | | | Sold | 07/11/12 | J | | |
| 327. --Rohm Co Ltd | | | | | | | | | |
| 328. --Ross Stores Inc | | | | | | | | | |
| 329. --Salix Pharm Ltd | | | | | Buy | 06/27/12 | J | | |
| 330. --Sally Beauty Hodgs Inc | | | | | Buy | 06/29/12 | J | | |
| 331. --Sanofi ADR | | | | | | | | | |
| 332. --Schlumberger Ltd | | | | | | | | | |
| 333. --Sekisui House Ltd | | | | | | | | | |
| 334. --Seven & I Holdgs Co | | | | | | | | | |
| 335. --Shiseido Ltd | | | | | | | | | |
| 336. --Siemens Aktiengesellschaft | | | | | | | | | |
| 337. --SK Telecom Co | | | | | | | | | |
| 338. --Societe Generale Sp ADR | | | | | Sold | 02/08/12 | J | | |
| 339. --Soutwestern Energy Co | | | | | | | | | |
| 340. --SPDR Barclays Capital | | | | | Sold (part) | 01/03/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 01/18/12 | J | | |
| 342. | | | | | Sold (part) | 01/19/12 | J | | |
| 343. | | | | | Sold (part) | 02/10/12 | J | | |
| 344. | | | | | Sold (part) | 04/12/12 | J | | |
| 345. | | | | | Sold (part) | 05/22/12 | J | | |
| 346. | | | | | Sold (part) | 6/06/12 | J | | |
| 347. | | | | | Sold (part) | 06/19/12 | J | | |
| 348. | | | | | Sold (part) | 06/29/12 | J | | |
| 349. | | | | | Sold (part) | 07/02/12 | J | | |
| 350. | | | | | Sold (part) | 07/05/12 | J | | |
| 351. | | | | | Sold (part) | 08/07/12 | J | | |
| 352. | | | | | Sold (part) | 08/13/12 | J | | |
| 353. | | | | | Sold (part) | 08/16/12 | J | | |
| 354. | | | | | Sold (part) | 09/10/12 | J | | |
| 355. | | | | | Sold (part) | 10/05/12 | J | | |
| 356. | | | | | Sold (part) | 11/02/12 | J | | |
| 357. | | | | | Buy (add'l) | 11/7/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

FINANCIAL DISCLOSURE REPORT

Page 25 of 43

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 11/9/12 | J | | |
| 359. | | | | | Sold (part) | 11/26/12 | J | | |
| 360. | | | | | Sold (part) | 11/29/12 | J | | |
| 361. | | | | | Sold (part) | 11/30/12 | J | | |
| 362. --SPDR DJIA Trust | | | | | Sold | 05/25/12 | J | A | |
| 363. --SPDR Trust Series 1 | | | | | Sold (part) | 04/09/12 | J | A | |
| 364. | | | | | Sold (part) | 04/23/12 | J | A | |
| 365. | | | | | Sold (part) | 05/09/12 | J | | |
| 366. | | | | | Sold (part) | 5/21/12 | J | | |
| 367. | | | | | Sold (part) | 10/23/12 | J | A | |
| 368. | | | | | Sold (part) | 11/7/12 | J | A | |
| 369. | | | | | Sold (part) | 11/09/12 | K | | |
| 370. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 371. --Starbucks Corp | | | | | Buy | 12/20/12 | J | | |
| 372. --Stericycle Inc | | | | | | | | | |
| 373. --Sumitomo Mitsui Tr Hldgs | | | | | | | | | |
| 374. --Swisscom Ag ADR | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. --Talisman Energy Inc | | | | | | | | | |
| 376. --Target Corp | | | | | Sold | 01/05/12 | J | | |
| 377. --Telcom Italia | | | | | | | | | |
| 378. --TEVA Pharmaceuticals | | | | | Buy | 09/11/12 | J | | |
| 379. --The Mosaic Co (Hldg Co)New | | | | | Buy | 11/15/12 | J | | |
| 380. --TNT Express Nv | | | | | Sold | 02/29/12 | J | A | |
| 381. --Toyota Motor Cp | | | | | | | | | |
| 382. --Transdigm Group Inc | | | | | Buy | 03/28/12 | J | | |
| 383. --Transocean Ltd | | | | | Sold | 08/20/12 | J | A | |
| 384. --UBS Ag New | | | | | | | | | |
| 385. --VF Corp | | | | | | | | | |
| 386. --Verifone Systems Inc | | | | | | | | | |
| 387. --Visa Inc | | | | | | | | | |
| 388. --Vivendi SA Unspon ADR | | | | | Buy | 09/18/12 | J | | |
| 389. --Vodafone Gp | | | | | | | | | |
| 390. --Wacoal Cp | | | | | | | | | |
| 391. --Waste Connections | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. --Weatherford International Ltd | | | | | Buy | 08/24/12 | J | | |
| 393. --Wolters Kluwer | | | | | | | | | |
| 394. -Preferred Stocks | | | | | | | | | |
| 395. --Centrais Elec Bras ADR | | | | | Buy | 09/26/12 | J | | |
| 396. -Lazard Emerging Markets Open Mutual Fund | | | | | Buy (add'l) | 1/31/12 | J | | |
| 397. | | | | | Buy (add'l) | 9/18/12 | K | | |
| 398. TRUST #5 (MS FID SVCS ACTIVE ASSETS ACCT ____ | D | Dividend | O | T | | | | | |
| 399. -MS Active Assets Money Trust | | | | | | | | | |
| 400. -Common Stocks: | | | | | | | | | |
| 401. --Amer Intl Gp Inc New (AIG) | | | | | Buy | 05/07/12 | J | | |
| 402. | | | | | Buy (add'l) | 05/08/12 | J | | |
| 403. | | | | | Buy (add'l) | 05/14/12 | J | | |
| 404. | | | | | Buy (add'l) | 05/15/12 | J | | |
| 405. | | | | | Buy (add'l) | 05/16/12 | J | | |
| 406. | | | | | Buy (add'l) | 08/03/12 | J | | |
| 407. | | | | | Buy (add'l) | 09/11/12 | J | | |
| 408. | | | | | Buy (add'l) | 09/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 410. --Anglogold Ashanti Ltd | | | | | Buy (add'l) | 10/08/12 | J | | |
| 411. | | | | | Buy (add'l) | 10/09/12 | J | | |
| 412. --AON Corp | | | | | Sold (part) | 04/02/12 | J | D | |
| 413. --Apache Corp | | | | | | | | | |
| 414. --Aurico Gold Inc | | | | | Sold (part) | 09/18/12 | J | | |
| 415. | | | | | Sold (part) | 09/19/12 | J | | |
| 416. | | | | | Sold (part) | 10/14/12 | J | | |
| 417. | | | | | Sold (part) | 11/21/12 | J | | |
| 418. | | | | | Sold | 12/13/12 | J | A | |
| 419. --Barrick Gold Corp | | | | | Sold (part) | 06/06/12 | J | A | |
| 420. --Best Buy Co | | | | | Buy | 04/16/12 | J | | |
| 421. | | | | | Buy (add'l) | 04/17/12 | J | | |
| 422. | | | | | Buy (add'l) | 04/20/12 | J | | |
| 423. | | | | | Sold (part) | 10/24/12 | J | | |
| 424. --CA Incorporated | | | | | | | | | |
| 425. --Canadian Natural Resources Ltd | | | | | Buy | 02/14/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 427. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 428. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 429. | | | | | Buy (add'l) | 04/23/12 | J | | |
| 430. | | | | | Buy (add'l) | 04/24/12 | J | | |
| 431. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 432. | | | | | Buy (add'l) | 12/10/12 | J | | |
| 433. --Cisco Sys Inc | | | | | Buy (add'l) | 02/10/12 | J | | |
| 434. --Citigroup Inc | | | | | | | | | |
| 435. --Convergys Corp | | | | | Sold (part) | 06/19/12 | J | A | |
| 436. | | | | | Sold (part) | 09/14/12 | J | A | |
| 437. --Delphi Automotive | | | | | Sold (part) | 01/27/12 | J | A | |
| 438. | | | | | Sold (part) | 01/30/12 | J | A | |
| 439. | | | | | Sold (part) | 03/02/12 | J | A | |
| 440. --Denbury Resources Inc | | | | | | | | | |
| 441. --FBR & Co | | | | | | | | | |
| 442. --GM | | | | | Buy (add'l) | 2/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 43

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 6/12/12 | J | | |
| 444. | | | | | Buy (add'l) | 6/13/12 | J | | |
| 445. --Genworth Financial Inc | | | | | Sold (part) | 04/19/12 | J | | |
| 446. | | | | | Sold (part) | 04/20/12 | J | | |
| 447. | | | | | Sold (part) | 04/23/12 | J | | |
| 448. | | | | | Sold (part) | 04/25/12 | J | | |
| 449. | | | | | Sold (part) | 04/26/12 | J | | |
| 450. | | | | | Sold | 04/27/12 | J | | |
| 451. --Guess Inc | | | | | Buy (add'l) | 06/13/12 | J | | |
| 452. --Halliburton Co | | | | | Buy | 06/19/12 | J | | |
| 453. | | | | | Buy (add'l) | 06/20/12 | J | | |
| 454. | | | | | Buy (add'l) | 06/21/12 | J | | |
| 455. --Harman Intl Inds | | | | | Buy | 11/19/12 | J | | |
| 456. --Hartford Fin Sers Grp | | | | | Buy (add'l) | 08/02/12 | J | | |
| 457. --Hess Corp | | | | | Sold (part) | 01/03/12 | J | A | |
| 458. | | | | | Sold | 01/04/12 | J | A | |
| 459. --Ingersoll-Rand PLC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. --Interpublic Group of Cos Inc | | | | | | | | | |
| 461. --JP Morgan Chase | | | | | | | | | |
| 462. --Loews Corp | | | | | | | | | |
| 463. --MKS Instruments | | | | | | | | | |
| 464. --Mattson Tech Inc | | | | | Sold | 08/10/12 | J | A | |
| 465. --Motorola Solutions Inc | | | | | Sold | 02/01/12 | J | D | |
| 466. --Microsoft Corp | | | | | Buy | 10/15/12 | J | | |
| 467. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 468. --Noble Energy Inc | | | | | Sold (part) | 11/06/12 | J | C | |
| 469. --NRG Energy Inc | | | | | | | | | |
| 470. --Paccar Inc | | | | | | | | | |
| 471. --Pfizer Inc | | | | | Sold (part) | 07/18/12 | J | B | |
| 472. | | | | | Sold (part) | 12/11/12 | J | A | |
| 473. --Pitney Bowes Inc | | | | | | | | | |
| 474. --PMC Sierra Inc | | | | | Sold (part) | 02/16/12 | J | | |
| 475. | | | | | Sold (part) | 4/27/12 | J | | |
| 476. --Private Bancorp Inc | | | | | Sold (part) | 1/24/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 43

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. | | | | | Sold (part) | 01/25/12 | J | A | |
| 478. --Redwood Trust Inc | | | | | | | | | |
| 479. --Reinsurance Group of America | | | | | Buy (add'l) | 10/18/12 | J | | |
| 480. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 481. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 482. --Salix Pharm Ltd | | | | | Sold (part) | 02/28/12 | J | A | |
| 483. | | | | | Sold (part) | 03/21/12 | J | A | |
| 484. | | | | | Sold (part) | 10/02/12 | J | A | |
| 485. | | | | | Sold | 10/03/12 | J | A | |
| 486. --Sanofi ADR | | | | | | | | | |
| 487. --Talisman Energy Inc | | | | | Buy (add'l) | 02/01/12 | J | | |
| 488. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 489. | | | | | Buy (add'l) | 09/25/12 | J | | |
| 490. --Teva Pharmaceuticals | | | | | Buy (add'l) | 06/26/12 | J | | |
| 491. --Trinity Ind Delaware | | | | | Sold | 02/13/12 | J | B | |
| 492. --Tyson Foods Inc CL A | | | | | Buy | 10/18/12 | J | | |
| 493. | | | | | Buy (add'l) | 10/19/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 495. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 496. --Unumprovident Corp | | | | | Buy (add'l) | 01/26/12 | J | | |
| 497. | | | | | Buy (add'l) | 03/08/12 | J | | |
| 498. | | | | | Buy (add'l) | 08/09/12 | J | | |
| 499. --Vertex Pharmaceuticals | | | | | Sold (part) | 05/07/12 | J | C | |
| 500. | | | | | Sold (part) | 05/08/12 | J | C | |
| 501. | | | | | Sold | 06/28/12 | J | B | |
| 502. --Viacom Inc | | | | | Sold (part) | 01/05/12 | J | A | |
| 503. | | | | | Sold (part) | 09/11/12 | J | A | |
| 504. --Willis Group Holdings PLC | | | | | Buy | 11/30/12 | J | | |
| 505. | | | | | Buy (add'l) | 12/03/12 | J | | |
| 506. | | | | | Buy (add'l) | 12/04/12 | J | | |
| 507. TRUST #6 (MS FID SVCS ACTIVE ASSETS ▨ | E | Dividend | O | T | | | | | |
| 508. -MS Active Assets Money Trust | | | | | | | | | |
| 509. -Common Stocks: | | | | | | | | | |
| 510. --Abbott Laboratories | | | | | Sold (part) | 05/24/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. --American Water Works Co | | | | | Sold (part) | 02/07/12 | J | B | |
| 512. --AT&T | | | | | | | | | |
| 513. --Baxter Intl Inc | | | | | Buy | 07/27/12 | J | | |
| 514. --BCE Inc | | | | | | | | | |
| 515. --BK Montreal | | | | | | | | | |
| 516. --CA Incorporated | | | | | Buy | 05/23/12 | J | | |
| 517. | | | | | Buy (add'l) | 05/24/12 | J | | |
| 518. --Cincinnati Financial Ohio | | | | | | | | | |
| 519. --CME Group Inc | | | | | Buy | 02/08/12 | J | | |
| 520. --Cinemark Holdings Inc | | | | | Sold | 02/13/12 | J | B | |
| 521. --Digital Realty Trust Inc. | | | | | | | | | |
| 522. --Donnelley RR & Sons | | | | | | | | | |
| 523. --Eli Lilly & Co | | | | | | | | | |
| 524. --Energy Trans Eqty LP | | | | | Buy | 03/28/12 | J | | |
| 525. --Energy Transfer Partners | | | | | | | | | |
| 526. --Enerplus Corp | | | | | Sold (part) | 06/08/12 | J | | |
| 527. | | | | | Sold (part) | 6/14/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 43

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold | 06/15/12 | J | | |
| 529. --Enterprise Prod Prtners LP | | | | | | | | | |
| 530. --GE | | | | | Buy (add'l) | 04/25/12 | J | | |
| 531. --Glaxosmithkline PLC | | | | | | | | | |
| 532. --HJ Heinz Co | | | | | | | | | |
| 533. --HCP Inc | | | | | | | | | |
| 534. --Intel Corp | | | | | | | | | |
| 535. --International Paper | | | | | | | | | |
| 536. --Johnson & Johnson | | | | | | | | | |
| 537. --Kinder Morgan Energy | | | | | | | | | |
| 538. --Limited Brands Inc | | | | | Sold | 02/13/12 | J | A | |
| 539. --Maxim Integrated Products Inc | | | | | | | | | |
| 540. --Meadwestvaco Corp | | | | | Sold (part) | 10/18/12 | J | A | |
| 541. | | | | | Sold (part) | 10/19/12 | J | A | |
| 542. | | | | | Sold (part) | 11/19/12 | J | A | |
| 543. | | | | | Sold | 11/20/12 | J | A | |
| 544. --Merck & Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. --Microchip Technology Inc | | | | | | | | | |
| 546. --Natl Grid Transco | | | | | | | | | |
| 547. --Nisource Inc | | | | | | | | | |
| 548. --Northeast Utilities | | | | | Sold | 07/27/12 | J | C | |
| 549. --Nustar Energy LP | | | | | Sold (part) | 2/10/12 | J | A | |
| 550. | | | | | Sold | 02/13/12 | J | A | |
| 551. --Omega Healthcare Inv Inc | | | | | Buy | 10/18/12 | J | | |
| 552. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 553. --Oneok Partners LP | | | | | | | | | |
| 554. --Pfizer Inc | | | | | | | | | |
| 555. --Plains All American Piplin | | | | | Buy (add'l) | 03/19/12 | J | | |
| 556. --Seadrill Ltd | | | | | | | | | |
| 557. --Senior Hsg Ppty Tr | | | | | Buy | 10/17/12 | J | | |
| 558. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 559. --Spectra Energy Corp | | | | | | | | | |
| 560. --Statoil ASA | | | | | | | | | |
| 561. --Telefonica SA ADR | | | | | Sold (part) | 04/25/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 05/24/12 | J | | |
| 563. | | | | | Sold (part) | 06/15/12 | J | | |
| 564. | | | | | Sold | 06/21/12 | J | | |
| 565. --Total S A Spon ADR | | | | | Buy | 6/20/12 | J | | |
| 566. | | | | | Buy (add'l) | 6/21/12 | J | | |
| 567. --Valley Natl Bancorp | | | | | Sold (part) | 05/25/12 | J | | |
| 568. --Vodafone GP PLC | | | | | | | | | |
| 569. --Williams Co Inc | | | | | Buy (add'l) | 01/09/12 | J | | |
| 570. | | | | | Buy (add'l) | 04/25/12 | J | | |
| 571. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 572. --Windstream Corp | | | | | Sold (part) | 12/07/12 | J | A | |
| 573. | | | | | Sold (part) | 12/12/12 | J | A | |
| 574. | | | | | Sold | 12/14/12 | J | | |
| 575. --YPF Sociedad ADS | | | | | Sold | 02/14/12 | J | | |
| 576. TRUST #7 (MS ACTIVE ASSETS ACCT) | F | Int./Div. | P1 | T | | | | | |
| 577. -MS Bank Account | | | | | | | | | |
| 578. -Apple Inc | | | | | Buy | 4/24/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. -Bank of America Corp stock (common) | | | | | | | | | |
| 580. -Ing Groep stock (pref) | | | | | | | | | |
| 581. -CA St Genl Oblig Build America Mun Bond | | | | | | | | | |
| 582. -Corporate Bonds: | | | | | | | | | |
| 583. --Bank of America 8.0% fixed div | | | | | Sold | 07/17/12 | K | A | |
| 584. --Bank of America 8.125% fixed D IV | | | | | Sold | 7/17/12 | K | A | |
| 585. --Goldman Sachs Capt II | | | | | Sold | 07/17/12 | K | A | |
| 586. --JPMorgan Chase | | | | | Sold | 07/17/12 | L | A | |
| 587. --Wells Fargo Co | | | | | | | | | |
| 588. --Unitedhealth Group Inc | | | | | | | | | |
| 589. --General Elec Cap Corp | | | | | | | | | |
| 590. --American Express | | | | | | | | | |
| 591. --Conocophillips | | | | | Sold (part) | 08/20/12 | K | A | |
| 592. --Altria Group Inc | | | | | | | | | |
| 593. --At&T Inc | | | | | Redeemed | 09/14/12 | K | B | |
| 594. --Wellpoint Inc | | | | | | | | | |
| 595. --Caterpillar Finl | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. --Dell Inc | | | | | | | | | |
| 597. --Rio Tinto finance USA Ltd | | | | | | | | | |
| 598. --Morgan Stanley | | | | | | | | | |
| 599. --Donnelley & Sons | | | | | | | | | |
| 600. --Morgan Stanley | | | | | | | | | |
| 601. --Boston Scientific Corp | | | | | | | | | |
| 602. --Comcast Corp | | | | | | | | | |
| 603. --Barclays Bank PLC | | | | | | | | | |
| 604. --Prologis Trust | | | | | | | | | |
| 605. --Marathon Oil Corp | | | | | | | | | |
| 606. --General Electric Co | | | | | | | | | |
| 607. --Goldman Sachs Group Inc | | | | | | | | | |
| 608. --AT&T Inc | | | | | | | | | |
| 609. --Verizon Communications | | | | | | | | | |
| 610. --Kraft Foods Inc | | | | | | | | | |
| 611. --Frontier Communications | | | | | | | | | |
| 612. --TYCO International Finan | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. --Boeing Co | | | | | | | | | |
| 614. --CVS Caremark Corp | | | | | | | | | |
| 615. --Indiana Michigan Power | | | | | | | | | |
| 616. --Lorillard Tobacco Co | | | | | | | | | |
| 617. --Altria Group Inc | | | | | | | | | |
| 618. --Step Up Callable Notes | | | | | | | | | |
| 619. --General Elec Cap Corp | | | | | | | | | |
| 620. --Goldman Sachs Group Inc | | | | | Buy | 07/17/12 | K | | |
| 621. --Barclays Callable Step Up Note | | | | | Buy | 02/10/12 | K | | |
| 622. --Hewlett Packard Co | | | | | Buy | 09/20/12 | K | | |
| 623. -Countrywide Alternative Loan Trust | | | | | | | | | |
| 624. -JP Morgan Mortgage Trust ▓ | | | | | Redeemed | 01/26/12 | J | A | |
| 625. -JP Morgan Mortgage Trust ▓ | | | | | | | | | |
| 626. -Government Securities: | | | | | | | | | |
| 627. --FNMA ▓ TD | | | | | | | | | |
| 628. --FHR ▓ | | | | | | | | | |
| 629. -Mutual Funds: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. --Blackrock Energy Res | | | | | | | | | |
| 631. --Blackrock Strat Inc Opport | | | | | | | | | |
| 632. --Franklin Income C | | | | | Buy | 09/13/12 | L | | |
| 633. --Invesco Balanced-Risk Alloc C | | | | | Buy | 04/27/12 | K | | |
| 634. --Oppenheimer SR Floating Rate | | | | | | | | | |
| 635. --Principal GLB Divers Inc | | | | | Buy | 02/06/12 | L | | |
| 636. | | | | | Buy (add'l) | 04/27/12 | K | | |
| 637. | | | | | Buy (add'l) | 07/17/12 | K | | |
| 638. --Pyxis Floating Rate (formerly Highland Floating RT Opport) | | | | | | | | | |
| 639. --Templeton Global Bond Fd | | | | | | | | | |
| 640. -AIP Glbl L/S P Hedge Fund | | | | | | | | | |
| 641. | | | | | | | | | |
| 642. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janis L. Sammartino**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544